**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **ASBESTOS PRODUCTS LIABILITY LITIGATION ALL ACTIONS** | : : : : : : | **MDL 875** **OHIO NORTHERN** *(MARDOC)* |

## O R D E R

  **AND NOW** on this **3rd** day of **October, 2011**, it is hereby **ORDERED** that all claims against all the viable defendants in the cases listed in Exhibit "A", attached, are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41 (a) (2).

  It is further **ORDERED** that the cases will be transferred to the "Bankruptcy Only" docket. [1]

  It is further **ORDERED** that each of these cases shall be marked **CLOSED**.

  **BY THE COURT:**

  _____
  **EDUARDO C. ROBRENO, J.**

---

[1]   The bankruptcy-only docket contains all claims against all defendants in bankruptcy proceedings.